# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF QUALCOMM INCORPORATED,<br><br>Applicant. | Case No. 5:16-mc-80005-PSG<br><br>**ORDER GRANTING LEAVE TO FILE OPPOSITION**<br><br>**(Re: Docket No. 14)** |

Qualcomm Incorporated seeks permission to take discovery from MediaTek USA, Inc. under 28 U.S.C. § 1782.[1] MediaTek states its intent to file an opposition to Qualcomm's application.[2] Leave is GRANTED to file an opposition brief, no later than February 1, 2016.

**SO ORDERED.**

Dated: January 26, 2016

                                                        PAUL S. GREWAL
                                                        United States Magistrate Judge

---

[1] *See* Docket No. 1.

[2] *See* Docket No. 14.

1
Case No. 5:16-mc-80005-PSG
ORDER GRANTING LEAVE TO FILE OPPOSITION